UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| CYNTHIA WELFARE, | : | CIVIL ACTION NO. 3:02CV2101(AVC) |
| Plaintiff, | : | |
| vs. | : | |
| PETER O=MEARA THE COMMISSIONER OF THE DEPARTMENT OF MENTAL RETARDATION FOR THE STATE OF CONNECTICUT, | : | October 7, 2003 |
| Defendant | : | |

### PLAINTIFF'S MOTION FOR MORE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The Complaint in this matter was filed on November 27, 2002. On September 18, 2003, the Defendant filed a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6). Plaintiff's response is due by October 9, 2003. The Plaintiff respectfully requests an additional 30 days, or until November 8, 2003, in which to respond to the Defendant's motion. Plaintiff's counsel has consulted with Defendant's counsel, who does not object to this motion.

THE PLAINTIFF,

By: _____
Peter Goselin ct16074
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105
(860) 233-9821
pdgoselin@lapm.org

GRANTED.
Alfred V. Covello, U.S.D.J.
October 15, 2003.
SO ORDERED.