UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYNTHIA WELFARE, | : | CIVIL ACTION NO. |
| | : | 3:02CV2101(AVC) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| PETER O=MEARA THE COMMISSIONER OF | : | |
| THE DEPARTMENT OF MENTAL | : | |
| RETARDATION FOR THE STATE OF | : | |
| CONNECTICUT, | : | November 5, 2003 |
| Defendant | : | |
| _____ | : | |

**PLAINTIFF'S SECOND REQUEST FOR MORE TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

On September 18, 2003, the Defendant filed a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6). The Court granted Plaintiff's request to extend the deadline for her memorandum to November 8, 2003. The Plaintiff respectfully requests a second extension of time of two weeks, or until Friday, November 21, 2003. This matter is not yet scheduled for trial, and the granting of this request will not prejudice any party or cause undue delay. Plaintiff's counsel has consulted with Defendant's counsel, who does not object to this motion.

       THE PLAINTIFF,

    By: _____
      Peter Goselin ct16074
      Livingston, Adler, Pulda,
      Meiklejohn & Kelly, P.C.
      557 Prospect Avenue
      Hartford, CT 06105
      (860) 233-9821
      pdgoselin@lapm.org

**CERTIFICATE OF SERVICE**

   This hereby certifies that the forgoing Plaintiff's Second Request for More Time to Respond to Defendant's Motion to Dismiss has been mailed, first class mail, postage pre-paid, on this    day of November 2003 to all counsel of record as follows:

Thomas M. Fiorentino
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

               Peter Goselin