02cv2101mxtnd



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV -6 A 11: 57
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| CYNTHIA WELFARE,<br><br>Plaintiff,<br><br>vs.<br><br>PETER O=MEARA THE COMMISSIONER OF THE DEPARTMENT OF MENTAL RETARDATION FOR THE STATE OF CONNECTICUT,<br>Defendant | CIVIL ACTION NO.<br>3:02CV2101(AVC)<br><br><br><br><br><br>November 5, 2003 |

### PLAINTIFF'S SECOND REQUEST FOR MORE TIME
### TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

On September 18, 2003, the Defendant filed a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6). The Court granted Plaintiff's request to extend the deadline for her memorandum to November 8, 2003. The Plaintiff respectfully requests a second extension of time of two weeks, or until Friday, November 21, 2003. This matter is not yet scheduled for trial, and the granting of this request will not prejudice any party or cause undue delay. Plaintiff's counsel has consulted with Defendant's counsel, who does not object to this motion.

THE PLAINTIFF,

By: _____
Peter Goselin ct16074
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105
(860) 233-9821
pdgoselin@lapm.org

November 6, 2003. GRANTED.
SO ORDERED.
[signature] U.S.D.J.

Welfare v. Covington, No. ___

FILED
2003 NOV -6 P 1:48
US DISTRICT COURT
HARTFORD CT