

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNTHIA WELFARE,<br><br>    Plaintiff,<br><br>vs.<br><br>PETER O'MEARA THE COMMISSIONER OF THE DEPARTMENT OF MENTAL RETARDATION FOR THE STATE OF CONNECTICUT,<br>    Defendant | CIVIL ACTION NO.<br>3:02CV2101(AVC)<br><br><br><br>November 5, 2003 |

## PARTIES' JOINT MOTION FOR AN EXPANSION OF DISCOVERY AND PRE-TRIAL DEADLINES

The Complaint in this matter was filed on November 27, 2002. Per the Court's order, discovery is set to close on November 13, 2003. The parties request an additional ninety days to complete discovery, and asks that the other pre-trial deadlines in this matter be similarly expanded.

This is the second request for an expansion of the discovery period and pre-trial deadlines; however, the parties are currently briefing Defendant's Rule 12(b)(6) motion to dismiss, so the expansion would cause no undue delay in the trial of this matter. Plaintiff's counsel has consulted with Defendant's counsel, who has stated that he joins in this request.

November 6, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.