UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNTHIA WELFARE      : | CIVIL ACTION NO. |
| *Plaintiff*          : | 3:02CV2101 (AVC) |
|                      : | |
| v.                   : | |
|                      : | |
| PETER O'MEARA, COMMISSIONER : | |
| DEPARTMENT OF MENTAL : | |
| RETARDATION          : | |
| *Defendant*          : | FEBRUARY 10, 2004 |

### JOINT MOTION FOR AN EXPANSION OF DISCOVERY AND PRE-TRIAL DEADLINES

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, Discovery in the above-captioned matter is set to close on February 11, 2004. The parties hereby request an additional ninety days to complete discovery, and ask that the other pre-trial deadlines in this matter be similarly extended.

This is the third request for an expansion of the discovery period and pre-trial deadlines. The parties have been pursing the litigation in good faith, having both served discovery requests, including the defendant's request dated January 20, 2004. In addition, the defendant filed a motion to dismiss on September 18, 2003 which the plaintiff has opposed with the filing of brief in opposition on November 20, 2003. (The court has not yet ruled on the motion.) The undersigned counsel for the defendant hereby represents that he conferred with counsel for the plaintiff by telephone on February 9, 2004 and has been authorized to file this motion on behalf of both parties.

Wherefore the parties hereby request that the court expand all existing pre-trial deadlines by ninety days so that:

(1) All discovery, including depositions of all witnesses shall completed by May 11, 2004;

(2) all motions except motions in limine incident to a trial, shall be filed on or before June 11, 2004.

DEFENDANT, PETER O'MEARA,
COMMISSIONER, DEPARTMENT OF
MENTAL RETARDATION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Thomas M. Fiorentino
Assistant Attorney General
Federal Bar No. ct09031
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5330
Fax: (860) 808-5383
thomas.fiorentino@po.state.ct.us

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 10th of February 2004, first class postage prepaid to:

Peter Goselin, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, Connecticut 06105

Clerk
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Thomas M. Fiorentino
Assistant Attorney General