

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNTHIA WELFARE<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:02CV2101 (AVC) |
| v. | : |
| PETER O'MEARA, COMMISSIONER<br>DEPARTMENT OF MENTAL<br>RETARDATION<br>*Defendant* | :<br>:<br>: FEBRUARY 10, 2004 |

### JOINT MOTION FOR AN EXPANSION OF DISCOVERY AND PRE-TRIAL DEADLINES

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, Discovery in the above-captioned matter is set to close on February 11, 2004. The parties hereby request an additional ninety days to complete discovery, and ask that the other pre-trial deadlines in this matter be similarly extended.

This is the third request for an expansion of the discovery period and pre-trial deadlines. The parties have been pursing the litigation in good faith, having both served discovery requests, including the defendant's request dated January 20, 2004. In addition, the defendant filed a motion to dismiss on September 18, 2003 which the plaintiff has opposed with the filing of brief in opposition on November 20, 2003. (The court has not yet ruled on the motion.) The undersigned counsel for the defendant hereby represents that he conferred with counsel for the plaintiff by telephone on February 9, 2004 and has been authorized to file this motion on behalf of both parties.

Wherefore the parties hereby request that the court expand all existing pre-trial deadlines by ninety days so that:

February 12, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.