UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYNTHIA WELFARE, | : | CIVIL ACTION NO. |
| | : | 3:02CV2101(AVC) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| PETER O'MEARA THE COMMISSIONER OF | : | |
| THE DEPARTMENT OF MENTAL | : | |
| RETARDATION FOR THE STATE OF | : | |
| CONNECTICUT, | : | February 19, 2004 |
| Defendant | : | |
| | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR MORE TIME**

**TO RESPOND TO DEFENDANT'S WRITTEN DISCOVERY**

On January 20, 2004, the Defendant served a first set of written discovery on the Plaintiff.  The Plaintiff now moves the Court for an additional thirty (30) days in which to serve her objections and responses on the Defendant.  Plaintiff's objections and responses would be due by March 22, 2004.

This is the Plaintiff's first request for more time to respond to Defendant's written discovery requests.  The Defendant has indicated that it does not object to this motion.

                                              RESPECTFULLY SUBMITTED
                                              THE PLAINTIFF,

By: _____
Peter Goselin ct16074
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

(860) 233-9821

**CERTIFICATE OF SERVICE**

      This hereby certifies that the Plaintiff's Unopposed Motion for More Time To Respond to Defendant's Written Discovery has been mailed, first class mail, postage pre-paid, on this   day of February 2004 to all counsel of record as follows:

Thomas M. Fiorentino
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                        Peter Goselin