

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

02CV2101mtnext

| | |
|---|---|
| CYNTHIA WELFARE,<br><br>    Plaintiff,<br><br>vs.<br><br>PETER O'MEARA THE COMMISSIONER OF THE DEPARTMENT OF MENTAL RETARDATION FOR THE STATE OF CONNECTICUT,<br>    Defendant | CIVIL ACTION NO.<br>3:02CV2101(AVC)<br><br><br><br><br><br><br>February 19, 2004 |

### PLAINTIFF'S UNOPPOSED MOTION FOR MORE TIME TO RESPOND TO DEFENDANT'S WRITTEN DISCOVERY

On January 20, 2004, the Defendant served a first set of written discovery on the Plaintiff. The Plaintiff now moves the Court for an additional thirty (30) days in which to serve her objections and responses on the Defendant. Plaintiff's objections and responses would be due by March 22, 2004.

This is the Plaintiff's first request for more time to respond to Defendant's written discovery requests. The Defendant has indicated that it does not object to this motion.

                RESPECTFULLY SUBMITTED
                THE PLAINTIFF,

By: _____
Peter Goselin ct16074
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

February 23, 2004.   GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.