UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNTHIA WELFARE<br>*Plaintiff* | :  CIVIL ACTION NO.<br>:  3:02CV2101 (AVC)<br>: |
| v. | : |
| PETER O'MEARA, COMMISSIONER<br>DEPARTMENT OF MENTAL<br>RETARDATION<br>*Defendant* | :<br>:<br>:<br>:  April 29, 2004 |

**JOINT MOTION FOR AN EXPANSION OF DISCOVERY AND PRE-TRIAL DEADLINES**

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, Discovery in the above-captioned matter is set to close on May 11, 2004. The parties hereby request an additional fifty days to complete discovery, and ask that the other pre-trial deadlines in this matter be similarly extended.

This is the fourth request for an expansion of the discovery period and pre-trial deadlines. The parties have been pursing the litigation in good faith, having both served discovery requests, including the defendant's request dated January 20, 2004. The defendant served a notice of deposition dated April 15, 2004 on the plaintiff to take the plaintiff's deposition on April 27, 2004.

The plaintiff's counsel requested a postponement of that deposition because of difficulty he has encountered in contacting the plaintiff to prepare her for the deposition. The plaintiff is currently out on medical leave from the Department of Mental Retardation which may have contributed to the scheduling difficulties. At the direction of the defendant's counsel, employees of the department of mental retardation have contacted the plaintiff and asked her to contact her

counsel. In addition, the defendant's counsel has furnished the plaintiff's counsel with the plaintiff's home phone number in an attempt to facilitate contact between them. Given these difficulties, the defendant agreed to postpone the deposition. The undersigned counsel for the defendant hereby represents that he has been authorized to file this motion on behalf of both parties.

Wherefore the parties hereby request that the court expand all existing pre-trial deadlines by ninety days so that:

(1) All discovery, including depositions of all witnesses shall completed by June 30, 20004;

(2) All motions except motions in limine incident to a trial, shall be filed on or before July 30, 2004.

DEFENDANT, PETER O'MEARA,
COMMISSIONER, DEPARTMENT OF
MENTAL RETARDATION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Thomas M. Fiorentino
Assistant Attorney General
Federal Bar No. ct09031
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5330 808-5318
Fax: (860) 808-5383
thomas.fiorentino@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 29th day of April 2004, first class postage prepaid to:

Peter Goselin, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, Connecticut 06105

Thomas M. Fiorentino
Assistant Attorney General