UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNTHIA WELFARE<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:02CV2101 (AVC)<br>: |
| v. | : |
| PETER O'MEARA, COMMISSIONER<br>DEPARTMENT OF MENTAL<br>RETARDATION<br>*Defendant* | :<br>:<br>:<br>: April 29, 2004 |

### JOINT MOTION FOR AN EXPANSION OF DISCOVERY AND PRE-TRIAL DEADLINES

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, Discovery in the above-captioned matter is set to close on May 11, 2004. The parties hereby request an additional fifty days to complete discovery, and ask that the other pre-trial deadlines in this matter be similarly extended.

This is the fourth request for an expansion of the discovery period and pre-trial deadlines. The parties have been pursing the litigation in good faith, having both served discovery requests, including the defendant's request dated January 20, 2004. The defendant served a notice of deposition dated April 15, 2004 on the plaintiff to take the plaintiff's deposition on April 27, 2004.

The plaintiff's counsel requested a postponement of that deposition because of difficulty he has encountered in contacting the plaintiff to prepare her for the deposition. The plaintiff is currently out on medical leave from the Department of Mental Retardation which may have contributed to the scheduling difficulties. At the direction of the defendant's counsel, employees of the department of mental retardation have contacted the plaintiff and asked her to contact her

*[Margin notation: Alfred V. Covello, U.S.D.J.  GRANTED. May 4, 2004. SO ORDERED.]*