UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYNTHIA WELFARE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2101(AVC) |
| | : | |
| v. | : | |
| | : | |
| PETER O'MEARA COMMISSIONER OF | : | |
| THE DEPARTMENT OF MENTAL | : | |
| RETARDATION FOR THE STATE OF | : | |
| CONNECTICUT | : | |
| *Defendant* | : | June 29, 2004 |

## JOINT MOTION FOR AN EXPANSION OF DISCOVERY AND PRE-TRIAL DEADLINES

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, Discovery in the above captioned matter is set to close on June 30, 2004. The parties hereby request an additional sixty days to complete discovery, and ask that the other pre-trial deadlines in this matter be similarly extended.

This is the fifth request for an expansion of the discovery period and pre-trial deadlines. The parties have been pursing the litigation in good faith. The plaintiff has completed three depositions, one of the defendant and two other depositions of employees. The defendant has served a notice of deposition on the plaintiff. The plaintiff is attempting to obtain her medical records, but has been delayed by the hospital's slow progress in obtaining older records of the plaintiff. The parties have exchanged and answered interrogatories and requests for production. Additionally, there has been a change of counsel for the defendant. Assistant Attorney General M.J. McCarthy has replaced Assistant Attorney General Thomas M. Fiorentino as counsel for the defendant. The undersigned counsel for the defendant hereby represents that she has been authorized to file this motion on behalf of both parties.

Wherefore, the parties hereby request that the court expand all existing pre-trial deadlines by sixty days so that:

(1)  All discovery, including depositions of all witnesses shall be completed by August 30, 2004;

(2)  All motions except motions in limine incident to a trial, shall be filed on or before September 30, 2004.

**THE DEFENDANT**

BY:  _____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct00319
55 Elm Street, PO Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5210
Fax:  (860) 808-5385
mj.mccarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing motion was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 29th day of June, 2004, first class postage prepaid to:

Peter Goselin
Livingston, Adler, Pulda, Meiklejohn, & Kelly, P.C.
557 Prospect Ave.
Hartford, CT   06105


_____
M.J. McCarthy
Assistant Attorney General