

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 29  A 9: 05
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CYNTHIA WELFARE,<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:02CV2101(AVC) |
| v. | : |
| PETER O'MEARA COMMISSIONER OF<br>THE DEPARTMENT OF MENTAL<br>RETARDATION FOR THE STATE OF<br>CONNECTICUT<br>*Defendant* | :<br>:<br>:<br>:<br>: June 29, 2004 |

### JOINT MOTION FOR AN EXPANSION OF DISCOVERY AND PRE-TRIAL DEADLINES

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, Discovery in the above captioned matter is set to close on June 30, 2004. The parties hereby request an additional sixty days to complete discovery, and ask that the other pre-trial deadlines in this matter be similarly extended.

This is the fifth request for an expansion of the discovery period and pre-trial deadlines. The parties have been pursing the litigation in good faith. The plaintiff has completed three depositions, one of the defendant and two other depositions of employees. The defendant has served a notice of deposition on the plaintiff. The plaintiff is attempting to obtain her medical records, but has been delayed by the hospital's slow progress in obtaining older records of the plaintiff. The parties have exchanged and answered interrogatories and requests for production. Additionally, there has been a change of counsel for the defendant. Assistant Attorney General M.J. McCarthy has replaced Assistant Attorney General Thomas M. Fiorentino as counsel for the defendant. The undersigned counsel for the defendant hereby represents that she has been authorized to file this motion on behalf of both parties.

*[Margin annotations: "FILED 2004 JUL -6" ; "Alfred V. Covello, U.S.D.J." ; "GRANTED. July 2, 2004. SO ORDERED."]*