UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYNTHIA WELFARE | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2101(AVC) |
| | : | |
| v. | : | |
| | : | |
| PETER O'MEARA COMMISSIONER OF THE DEARTMENT OF MENTAL RETARDATION FOR THE STATE OF CONNECTICUT | : | |
| *Defendant* | : | July 2, 2004 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Peter O'Meara Commissioner of the Department of Mental Retardation for the State of Connecticut in the above-captioned case. This Appearance is being entered in lieu of Assistant Attorney General Thomas M. Fiorentino.

Dated at Hartford, Connecticut, this 2nd day of July, 2004.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct00319
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
MJ.McCarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 2nd day of July, 2004, first class postage prepaid to:

Peter Goselin
Livingston, Adler, Pulda,
 Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105

_____
M.J. McCarthy
Assistant Attorney General