UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNTHIA WELFARE,<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:02CV2101(AVC)<br>: |
| v. | : |
| PETER O'MEARA COMMISSIONER OF<br>THE DEPARTMENT OF MENTAL<br>RETARDATION FOR THE STATE OF<br>CONNECTICUT<br>*Defendant* | :<br>:<br>:<br>:<br>: August 31, 2004 |

### JOINT MOTION FOR AN EXPANSION OF DISCOVERY AND PRE-TRIAL DEADLINES

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, Discovery in the above captioned matter was set to close on August 30, 2004. The parties hereby request an additional sixty days to complete discovery, and ask that the other pre-trial deadlines in this matter be similarly extended.

This is the sixth request for an expansion of the discovery period and pre-trial deadlines. The parties have been pursing the litigation in good faith. The plaintiff has finally obtained her medical records, the release of which has been delayed by the hospital's slow progress in obtaining older records of the plaintiff. The parties have exchanged and answered interrogatories and requests for production. Counsel for the defendant has been unable to depose the plaintiff without her medical records. The parties have agreed upon a date for the plaintiff's deposition. Counsel for the plaintiff has indicated that he intends to take at least one more deposition. There is also a potential dispute regarding discovery. The undersigned counsel for the defendant hereby represents that she has been authorized to file this motion on behalf of both parties.

Wherefore, the parties hereby request that the court expand all existing pre-trial deadlines by sixty days so that:

(1) All discovery, including depositions of all witnesses shall be completed by October 30, 2004;

(2) All motions except motions in limine incident to a trial shall be filed on or before November 30, 2004.

                                      THE DEFENDANT

BY: *[signature]*
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct00319
55 Elm Street, PO Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
mj.mccarthy@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 31st day of August, 2004, first class postage prepaid to:

Peter Goselin
Livingston, Adler, Pulda, Meiklejohn, & Kelly, P.C.
557 Prospect Ave.
Hartford, CT  06105

M.J. McCarthy
Assistant Attorney General