UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYNTHIA WELFARE, *Plaintiff* | : | CIVIL ACTION NO. 3:02CV2101(AVC) |
| v. | : | |
| PETER O'MEARA COMMISSIONER OF THE DEPARTMENT OF MENTAL RETARDATION FOR THE STATE OF CONNECTICUT *Defendant* | : | August 31, 2004 |

### JOINT MOTION FOR AN EXPANSION OF DISCOVERY AND PRE-TRIAL DEADLINES

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, Discovery in the above captioned matter was set to close on August 30, 2004. The parties hereby request an additional sixty days to complete discovery, and ask that the other pre-trial deadlines in this matter be similarly extended.

This is the sixth request for an expansion of the discovery period and pre-trial deadlines. The parties have been pursing the litigation in good faith. The plaintiff has finally obtained her medical records, the release of which has been delayed by the hospital's slow progress in obtaining older records of the plaintiff. The parties have exchanged and answered interrogatories and requests for production. Counsel for the defendant has been unable to depose the plaintiff without her medical records. The parties have agreed upon a date for the plaintiff's deposition. Counsel for the plaintiff has indicated that he intends to take at least one more deposition. There is also a potential dispute regarding discovery. The undersigned counsel for the defendant hereby represents that she has been authorized to file this motion on behalf of both parties.

---

September 2, 2004. Granted in part. The parties shall have an additional 21 days to complete discovery, that is, to and including September 23, 2004. At the conclusion of discovery, the parties are kindly asked to submit a proposal for amending the scheduling order with respect to the deadline for any dispositive motions and for having this matter trial ready.
SO ORDERED.

Alfred V. Covello, U.S.D.J.