

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| CYNTHIA WELFARE,<br>*Plaintiff* | CIVIL ACTION NO.<br>3:02CV2101(AVC) |
| v. | |
| PETER O'MEARA COMMISSIONER OF<br>THE DEPARTMENT OF MENTAL<br>RETARDATION FOR THE STATE OF<br>CONNECTICUT<br>*Defendant* | February 22, 2005 |

2005 FEB 24  A 10: 47
U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION FOR AN EXPANSION OF TIME TO FILE JOINT PRETRIAL MEMORANDUM

Pursuant to an order of this Court, the parties were to submit a Joint Pretrial Memorandum by February 25, 2005. The defendant in this matter requests a two week extension of time until March 11, 2005 in order to comply with the Court's order. The defendant's counsel due to illness, holidays and a backlog of work requests the expansion of time. The plaintiff in this action has no objection to the request. This is the first request for an extension of time to file the pretrial memorandum

THE DEFENDANT

BY: _____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct00319
55 Elm Street, PO Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
mj.mccarthy@po.state.ct.us

March 4, 2005.   GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.