UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYNTHIA WELFARE, | : | CIVIL ACTION NO. |
| | : | 3:02CV2101(AVC) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| PETER O'MEARA THE COMMISSIONER OF THE DEPARTMENT OF MENTAL RETARDATION FOR THE STATE OF CONNECTICUT, | : | |
| Defendant | : | MARCH 11, 2005 |
| _____ | : | |

## **DEFENDANT'S VOIR DIRE QUESTIONS -COMPLIANCE WITH PRETRIAL ORDER**

Proposed voir dire questions and jury instruction separately submitted by the defendant

**10. Trial to Jury**

    **i.  Proposed voir dire questions**

    **B.  Defendant's proposed voir dire questions**

1. Are you or any member of your family or friends related to any of the attorneys representing any of the parties to this action? If so, what relationship?

2. Have you or any member of your family or friends ever been represented by or are you socially acquainted with, any of the attorneys who represented any of the parties to this action? If so, state when and where representation of such attorney, or the extent of the acquaintance with such, occurred.

3. Do you or any member of your family know the plaintiff or any member of

her family?

4. Do you have any knowledge about this lawsuit or any other lawsuit involving the actions of any of the defendants or of the plaintiff?

5. Have you or anyone close to you ever been sued by the State of Connecticut or any governmental agency? If so, what lawsuit and who?

6. Have you or anyone close to you ever brought suit against the State of Connecticut or any of its agencies? If so what lawsuit and who?

7. Have you or anyone close to you been employed by the State of Connecticut? If so, who?

8. Have you or anyone close to you been employed by the State of Connecticut, Department of Mental Retardation? If so who? In what capacity?

9. Have you or anyone close to you brought a lawsuit against your employer? If so what lawsuit and who?

10. Do you know any employees at the Department of Mental Retardation?

11. Do you have any family members or anyone close to you that is or has been diagnosed with mental retardation? If so who?

12. Do you have any family members or anyone close to you that has applied for services from the Department of Mental Retardation? If so who?

13. Do you have any family members or anyone close to you that has received services from the Department of Mental Retardation? If so who?

14. Are you or any member of your family an attorney?

15. Do you or any member of your family work for or have worked for an attorney or law firm?

16. Have you or any member of your family or circle of friends ever been a plaintiff or defendant in a lawsuit? If so, please provide details and state whether this might affect your ability to judge this case fairly and if so why?

17. Have you or any member of your family or circle of friends ever been a witness in a lawsuit? If so, please provide details and state whether this experience might affect your ability to judge this case fairly and if so why?

18. Have you ever served on a jury before? Where? What kind of a case (civil or criminal)? Were you able to reach a verdict?

19. Do you or any members of your family know of any of the people who are expected to be witnesses in this case or any of the organizations with which the witnesses are associated?

20. Do you have any particular feelings concerning the defendants which would in any way affect your ability to be fair and impartial in this case?

21. If you should find that, under the law given to you by the Judge, the evidence favors the defendant; will you have any hesitancy returning a verdict for the defendant?

22. Is there any one of you who, if instructed to do so by the Judge, could not or would not be able to put aside all natural feelings of sympathy during jury deliberations and decide this case strictly on the facts of law?

23. Do any of you feel, for any reason, that you could not fairly decide this case?

24. Are there any among you who feel that merely because a person brings a lawsuit and claims money damages that such a person is entitled to be awarded

damages by a jury without first proving that the defendant is liable under the law?

25. Are there any among you who feel that merely because the defendant has been sued that he must have done something wrong or must legally be at fault?

26. Are there any among you who feel that even if the plaintiff fails to prove her case against the defendant, you could not or would not send the plaintiff home without any money because she may have suffered and incurred expenses?

27. Do any one of you feel now, before hearing any evidence, that you are inclined to lean toward any party or be sympathetic towards the position of any party?

28. Is there any reason whatsoever that you feel that you simply would rather not serve on this jury?

29. Have you or any member of your family had any experience with any officer or employee of the State of Connecticut including the Attorney General's Office or any other agency which would prevent you from considering the evidence impartially and fairly?

30. Have you or any member of your family ever been arrested?

31. Have you or any member of your family ever been convicted of a crime?

32. Do you have any feelings or opinions about state employees, their abilities or general competence that would interfere with your ability to fairly judge the defendant in this case?

33. Are there any among you who feel that even if the plaintiff fails to prove her case against the defendant, but the plaintiff was damaged by another party

not involved in this lawsuit, you could not or would not send the plaintiff home without any money?

        RESPECTFULLY SUBMITTED,

        THE DEFENDANT:

  By: _____
     M.J. McCarthy
     Assistant Attorney General
     Office of the Attorney Genera;
     55 Elm Street, PO Box 120
     Hartford, CT  06141-0120
     Tel:  (860) 808-5210
     Fax:  (860) 808-5385
     Email: mj.mccarthy@po.state.ct.us

CERTIFICATION

I hereby certify that a copy of the foregoing proposed Voir Dire Questions-For Compliance with Pretrial Order was handed delivered in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 11th day of March 2005:

Peter Goselin
Livingston, Adler, Pulda, Meiklejohn, & Kelly, P.C.
557 Prospect Ave.
Hartford, CT   06105

_____
M.J. McCarthy
Assistant Attorney General