UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNTHIA WELFARE, *Plaintiff* | : CIVIL ACTION NO.<br>: 3:02CV2101(AVC) |
| v. | : |
| PETER O'MEARA COMMISSIONER OF THE DEPARTMENT OF MENTAL RETARDATION FOR THE STATE OF CONNECTICUT<br>*Defendant* | :<br>:<br>:<br>:<br>: October 4, 2005 |



## MOTION FOR PERMISSION TO FILE A MOTION FOR SUMMARY JUDGMENT

The defendant respectfully requests permission to file a Motion for Summary Judgment.

This Court originally ordered all dispositive motions to be filed by June 28, 2003. As the case went on, the date for filing of dispositive motions was advanced to accommodate the changing discovery dates. The final date for filing dispositive motions was set for September 30, 2004. On July 6, 2004, defendant's counsel (AAG Thomas Fiorentino) was transferred to a different unit in the Attorney General's Office and a new attorney for the defendant (AAG M.J. McCarthy) filed an appearance in this matter. While both parties continued to complete interrogatories and depositions, defendant's new counsel, due to the press of business, adjusting to a new caseload, missed the deadline for filing a Motion for Summary Judgment.

In the spring of 2005, a date was set for a settlement conference, which was to be held on June 22, 2005. The defendant's ex-parte statement was timely submitted to the court. However, due to a family emergency for plaintiff's counsel, the settlement conference was marked off and has just been re-scheduled for February 9, 2006. (See attached) Although the time has past for filing dispositive motions, defendant's counsel now requests permission to file a Motion for Summary Judgment at this point. The defendant believes that a Summary Judgment would be in

the interest of judicial economy. Further, since a trial date has not been set and a settlement conference will not be held until February 2006, filing of a summary judgment motion will not delay the case.

WHEREFORE, the defendant respectfully requests that the Court allow the defendant to file a Motion for Summary Judgment within thirty days of the granting of this motion.

THE DEFENDANT

BY: _____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct00319
55 Elm Street, PO Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5210
Fax:  (860) 808-5385
mj.mccarthy@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 4th day of October, 2005, first class postage prepaid to:

Peter Goselin
Livingston, Adler, Pulda, Meiklejohn, & Kelly, P.C.
557 Prospect Ave.
Hartford, CT  06105

_____
M.J. McCarthy
Assistant Attorney General

**McCarthy, MJ**

**From:** CMECF@ctd.uscourts.gov
**Sent:** Wednesday, September 28, 2005 12:04 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

### 3:02-cv-02101-AVC Welfare v. Mental Retardation
**Calendar Entry 47**

**Docket Text:**
NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Settlement Conference set for 2/9/2006 10:00 AM in Chambers Room 258, 450 Main St., Hartford, CT before Judge Thomas P. Smith. Counsel shall be accompanied by the appropriate persons with authority to settle, including insurance adjusters. See Nick v. Morgan's Foods, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo 2000). Counsel are hereby ordered to advise their respective principles and insurance adjusters of the Nick decision. Parties shall submit, via mail or hand delivery, ex parte statements not to exceed four (4) pages to chambers by 2/7/2006. The ex parte statements shall address settlement negotiations to date as well as potential resolutions, including bottom-line dollar amounts. Counsel are also ordered to confer with the opposing party prior to the settlement conference to attempt to settle the case without judic! ial intervention. (Michael, E.)


### 3:86-cv-00252-EBB USA v. Connecticut, et al
**Order 1310**

**Docket Text:**
Special Master's ORDER on Medical Services. Signed by Special Master, David Ferleger on 9/21/05. (Brown, S.)

### 3:86-cv-00252-EBB USA v. Connecticut, et al
**Order 1311**

**Docket Text:**
Special Master's ORDER on Habilitation Review. Signed by Special Master, David Ferleger on 9/21/05. (Brown, S.)

10/3/2005