LAW OFFICES

# LIVINGSTON, ADLER, PULDA, MEIKLEJOHN & KELLY, P.C.

557 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-2922

TELEPHONE: (860) 233-9821 • FAX (860) 232-7818

DANIEL E. LIVINGSTON
GREGG D. ADLER
RUTH L. PULDA
THOMAS W. MEIKLEJOHN
MARY E. KELLY
PETER GOSELIN
DEBORAH L. McKENNA
HENRY F. MURRAY

70 HOWARD STREET
NEW LONDON, CONNECTICUT 06320
(860) 437-0589

PLEASE REPLY TO HARTFORD OFFICE

OF COUNSEL
ANNE GOLDSTEIN

WRITER'S DIRECT DIAL:
(860) 570-4638
pdgoselin@lapm.org

November 4, 2004

M.J. McCarthy
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141

RE: **Welfare v. O'Meara**

Dear M.J.,

Thank you for your letter of October 27, 2004, supplementing the defendant's discovery responses. We look forward to receiving your privilege log. We agree that we will provide a verification of the plaintiff's interrogatory responses.

The scheduling problem amounts to this. Officially, discovery is closed. Yet the plaintiff does not yet know which documents the defendant will claim are privileged – including both documents that were previously produced and that would otherwise presumably be part of the recent supplementing. I can foresee a danger here that there will be a dispute about the defendant's claims of privilege, and plainly that would have to be resolved before a motion for summary judgment.

Once we know what it is that you claim you do not have to provide, we can certainly join in a proposal to the Court regarding the scheduling of dispositive motions.

Sincerely,

Peter Goselin