48

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CYNTHIA WELFARE, *Plaintiff* | : | CIVIL ACTION NO. 3:02CV2101(AVC) |
| v. | : | |
| PETER O'MEARA COMMISSIONER OF THE DEPARTMENT OF MENTAL RETARDATION FOR THE STATE OF CONNECTICUT *Defendant* | : | October 4, 2005 |



### MOTION FOR PERMISSION TO FILE A MOTION FOR SUMMARY JUDGMENT

The defendant respectfully requests permission to file a Motion for Summary Judgment.

This Court originally ordered all dispositive motions to be filed by June 28, 2003. As the case went on, the date for filing of dispositive motions was advanced to accommodate the changing discovery dates. The final date for filing dispositive motions was set for September 30, 2004. On July 6, 2004, defendant's counsel (AAG Thomas Fiorentino) was transferred to a different unit in the Attorney General's Office and a new attorney for the defendant (AAG M.J. McCarthy) filed an appearance in this matter. While both parties continued to complete interrogatories and depositions, defendant's new counsel, due to the press of business, adjusting to a new caseload, missed the deadline for filing a Motion for Summary Judgment.

In the spring of 2005, a date was set for a settlement conference, which was to be held on June 22, 2005. The defendant's ex-parte statement was timely submitted to the court. However, due to a family emergency for plaintiff's counsel, the settlement conference was marked off and has just been re-scheduled for February 9, 2006. (See attached) Although the time has past for filing dispositive motions, defendant's counsel now requests permission to file a Motion for Summary Judgment at this point. The defendant believes that a Summary Judgment would be in

---

*Marginal annotations:*

(left margin, rotated): October 18, 2005. Denied for failure to show good cause. SO ORDERED. Alfred V. Covello, U.S.D.J.

(top right): 02CV120/mtN