UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYNTHIA WELFARE, | : | CIVIL ACTION NO. 3:02cv2101(AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PETER O'MEARA, COMMISSIONER OF | : | |
| THE DEPARTMENT OF MENTAL | : | |
| RETARDATION FOR THE STATE OF | : | |
| CONNECTICUT, | : | |
| Defendant. | : | August 7, 2006 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT.

Please enter my appearance as counsel for the Department of Mental Retardation, in the above-captioned case.

Dated at Hartford, Connecticut, this 7th day of August, 2006

        DEFENDANT

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:   /s/Darren P. Cunningham
       Darren P. Cunningham
       Assistant Attorney General
       Federal Bar No. ct25380
       55 Elm Street
       P.O. Box 120
       Hartford, CT  06141-0120
       Tel: (860) 808-5210
       Fax: (860) 808-5385
       Darren.Cunningham@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 7th day of August, 2006, first class postage prepaid to:

Peter Goselin
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105

/s/Darren P. Cunningham
Darren P. Cunningham
Assistant Attorney General