## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYNTHIA WELFARE, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2101(AVC) |
| | : | |
| v. | : | |
| | : | |
| PETER O'MEARA COMMISSIONER OF | : | |
| THE DEPARTMENT OF MENTAL | : | |
| RETARDATION FOR THE STATE OF | : | |
| CONNECTICUT, | : | |
| *Defendant*. | : | AUGUST 8, 2006 |

### MOTION TO WITHDRAW

The undersigned counsel for the defendant Peter O'Meara, Commissioner of the Department of Mental Retardation for the State of Connecticut, respectfully requests that Attorney M.J. McCarthy be allowed to withdraw from representation of these defendants in this matter. Attorney McCarthy has left the employ of the Attorney General's Office and is legally unable to represents the State defendants. On August 7 the undersigned filed a notice of appearance in this case. Accordingly, please withdraw Attorney McCarthy as counsel for Peter O'Meara Commissioner of the Department of Mental Retardation for the State of Connecticut.

          THE DEFENDANT,

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: /s/ Darren P. Cunningham
     Darren P. Cunningham
     Assistant Attorney General
     Federal Bar No. ct25380
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel: (860) 808-5210
     Fax: (860) 808-5385
     darren.cunningham@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of this Motion to Withdraw was mailed this the 8th day of August 2006, by first-class postage pre-paid to:

Peter Goselin
Livingston, Adler, Pulda, Meiklejohn
 & Kelly, P.C.
557 Prospect Ave.
Hartford, CT 06105

_____
Darren P. Cunningham
Assistant Attorney General