UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYNTHIA WELFARE | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2101(AVC) |
| | : | |
| v. | : | |
| | : | |
| PETER O'MEARA COMMISSIONER OF THE DEARTMENT OF MENTAL RETARDATION FOR THE STATE OF CONNECTICUT | : | |
| *Defendant* | : | August 25, 2006 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Peter O'Meara Commissioner of the Department of Mental Retardation for the State of Connecticut in the above-captioned case.

Dated at Hartford, Connecticut, this 25th day of August, 2006.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/Richard J. Lynch
Richard J. Lynch
Assistant Attorney General
Federal Bar No. ct05764
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
richard.lynch@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 25th day of August, 2006, first class postage prepaid to:

Peter Goselin, Esquire
Livingston, Adler, Pulda,
 Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

/s/Richard J. Lynch
Richard.J. Lynch
Assistant Attorney General