UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNTHIA WELFARE, | :    CIVIL ACTION NO. |
| | :    3:02CV2101(AVC)(TPS) |
| *Plaintiff*, | : |
| | : |
| vs. | : |
| | : |
| PETER O'MEARA, THE COMMISSIONER OF | : |
| THE DEPARTMENT OF MENTAL | : |
| RETARDATION FOR THE STATE OF | : |
| CONNECTICUT, | : |
| *Defendant* | :    November 1, 2006 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Cynthia Welfare, and the defendant hereby stipulate to a dismissal with prejudice of the above-captioned matter as to them, without any award of attorney's fees or costs to any party.

                                                                                                           THE PLAINTIFF
                                                                                                           CYNTHIA WELFARE

Signed this 1st day of Nov., 2006        BY:     *[signature]*
                                                                                                              Peter Goselin, Esq.
                                                                                                              Livingston, Adler, Pulda, Meiklejohn
                                                                                                              & Kelly, P.C.
                                                                                                              557 Prospect Ave
                                                                                                              Hartford, CT  06105
                                                                                                              Federal Bar. No. 16074
                                                                                                              Tel: (860) 233-9821
                                                                                                              Fax: (860_ 232-7818
                                                                                                              E-mail: pdgoselin@lapm.org

1

DEFENDANT,
PETER O'MEARA,
COMMISSIONER
DEPT OF MENTAL RETARDATION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Signed this __3__ day of Nov., 2006    BY: _____
Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
55 Elm Street - P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax; (860) 808-5385
darren.cunningham@po.state.ct.us

2